IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COREY MORELAND, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-17-1029-R |
| ) | |
| OKLAHOMA COUNTY ) | |
| COMMISSIONERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Report and Recommendation of U.S. Magistrate Judge Suzanne Mitchell (Doc. 14) recommending that the Court dismiss without prejudice Plaintiff's pro se complaint (Doc. 1). Plaintiff has not paid the required filing fee after two warnings from Judge Mitchell that failure to pay would warrant dismissal. *See* Doc. 9, at 1–2; Doc. 11. Judge Mitchell now recommends dismissal, and Plaintiff has not filed a timely objection. Accordingly, the Report (Doc. 14) is ADOPTED and Plaintiff's case is hereby DISMISSED WITHOUT PREJUDICE for failure to pay fees and abide by Judge Mitchell's orders. *See Nasious v. Two Unknown B.I.C.E. Agents, at Arapahoe Cty. Justice Ctr.*, 492 F.3d 1158, 1161 n.2 (10th Cir. 2007).

IT IS SO ORDERED this 27th day of April, 2018.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE